UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ANKIT ANKIT,

    Petitioner,

     v.

MARKWAYNE MULLIN, et al.,

    Respondents.

Case No. 5:26-cv-01706-JDE

JUDGMENT

Pursuant to and Subject to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) GRANTED as to Count One, with Respondents ORDERED to release Petitioner immediately subject to the conditions of his preexisting parole; and (2) DISMISSED in all other respects without prejudice.

Dated: April 16, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge